UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KAPPEL ELITE, LLC, et al.,

      Plaintiffs,        Case No. 22-cv-11773
              Hon. Matthew F. Leitman

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: October 21, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 21, 2022, by electronic means and/or ordinary mail.

      s/Holly A. Ryan
      Case Manager
      (313) 234-5126